**Laura E. STEELE, Petitioner,**

v.

**DEPARTMENT OF the INTERIOR, Respondent.**

No. 2014–3064.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2015.

John V. Berry, Berry & Berry, PLLC, of Reston, VA, argued for petitioner.

Jane W. Vanneman, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Director and Franklin E. White, Assistant Director; and Karen D. Glasgow, Department of the Interior, Office of the Solicitor, of San Francisco, CA.

PROST, Chief Judge, NEWMAN and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**